JS - 6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>HERZLICH & BLUM LLP, a limited liability partnership; JPMORGAN CHASE, NATIONAL ASSOCIATION; EAGLE OTTAWA FONSECA, S.A., a corporation; and DOE 1 through DOE 50, inclusive,<br><br>Defendants. | Case No. CV 08-1171-RGK (RZx)<br><br>Honorable R. Gary Klausner<br><br>JUDGMENT IN INTERPLEADER AND RESTRAINING PROSECUTION OF ANY PROCEEDING AGAINST WELLS FARGO BANK, NATIONAL ASSOCIATION WITH RESPECT TO INTERPLEADER AND TO DISCHARGE WELLS FARGO BANK FROM FURTHER LIABILITY AND FOR DISTRIBUTION OF FUNDS HELD BY THE CLERK AND ENTRY OF DEFAULT JUDGMENT<br><br>[28 U.S.C. Sections 1335, 2361, F.R. Civ. P. Rule 22]<br><br>Trial Date:         None<br>Discovery Cutoff:   None |

The Motion of WELLS FARGO BANK, NATIONAL ASSOCIATION ("WELLS FARGO") for Motion for Judgment in Interpleader and Restraining Prosecution of Any Proceeding Against WELLS FARGO with Respect to Interpleader and to Discharge WELLS FARGO from Further Liability and for Award of Costs and Attorneys' Fees to WELLS FARGO and Motion for Entry of Default Judgment came on regularly for hearing on August 25, 2008 in courtroom

1

850 of the United States District Court, the Honorable R. Gary Klausner, Judge presiding.

WELLS FARGO appeared by its attorneys, Barton, Klugman & Oetting LLP and Robert Louis Fisher, A Professional Corporation.  EAGLE OTTAWA FONSECA, S.A. appeared by its attorney, Martin F. Goldman.  After considering the moving papers and the Stipulation of the parties and the arguments of counsel the Court finds that WELLS FARGO is an innocent stakeholder only and has no interest in the sum of $66,766 paid into the Registry of the Court.  The Court finds that WELLS FARGO is entitled to an order for interpleader and to be released from this action.

The Court finds that defendants HERZLICH & BLUM LLP, a limited liability partnership; JPMORGAN CHASE, NATIONAL ASSOCIATION were served with process and failed to answer within the time allowed by law and the defaults of defendants JPMORGAN CHASE, NATIONAL ASSOCIATION and   HERZLICH & BLUM LLP have been entered.  WELLS FARGO BANK, NATIONAL ASSOCIATION and EAGLE OTTAWA FONSECA, S.A. and HERZLICH & BLUM LLP having so stipulated and good cause appearing:

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. Defendants are ordered to interplead and litigate their respective rights to $66,766 held by the Clerk of the Court and all interest accrued thereon;

1.5 Default by clerk as to Defendant Herzlich & Blum, LLP was entered on May 7, 2008.  Default by clerk as to the Defendant JP Morgan Chase Association was entered on June 24, 2008.  It appears to the Court that default judgment as to Defendants Herzlich & Blum, LLP and JP Morgan Chase, National Association is proper.  Therefore, the Court finds that Defendants Herzlich & Blum, LLP, JP Morgan Chase, National Association have forfeited any claim to the sum of $66,766 paid to the registry of the Court by Wells Fargo Bank in this matter.  See Nationwide Mut. Fire Ins. Co. v. Easad, 736.F2d 130, 133 (4th Cir. 1984).

2.     WELLS FARGO BANK, NATIONAL ASSOCIATION ("WELLS FARGO BANK") is discharged from any and all liability on account of the claims of defendants, JPMORGAN CHASE, NATIONAL ASSOCIATION, EAGLE OTTAWA FONSECA, S.A., and HERZLICH & BLUM LLP, and each of them, with respect to WELLS FARGO BANK Account No. XXXX4555 and with respect to the sum of $66,766 paid into the Registry of the Court by WELLS FARGO BANK in this matter;

3.     The Clerk is directed to pay to WELLS FARGO BANK the sum of $5,500 for WELLS FARGO BANK'S attorneys' fees and costs incurred in this action from the sums paid into the Registry of the Court.  The Clerk is directed to send a check in the sum of $5,500 payable to "WELLS FARGO BANK" to WELLS FARGO BANK, c/o Barton, Klugman & Oetting LLP, Robert Louis Fisher, A Professional Corporation, 333 South Grand Avenue, Suite 3700, Los Angeles, California 90071-1599;

4.     The defendants, JPMORGAN CHASE, NATIONAL ASSOCIATION, EAGLE OTTAWA FONSECA, S.A., and HERZLICH & BLUM LLP, and each of them, are restrained from instituting or further prosecuting any action in any court in this state or elsewhere affecting the rights and obligations of WELLS FARGO BANK for WELLS FARGO BANK Account No. XXXX4555 and the sums on deposit in said account in the amount of $66,766 and interest accrued thereon;

5.     The Clerk is directed to pay defendant EAGLE OTTAWA FONSECA, S.A., a corporation, all principal and all accrued interest remaining on deposit in this action after payment of the sums set forth above to WELLS FARGO BANK.  The Clerk is directed to forward a check in the amount of all remaining principal and interest held on deposit payable to "EAGLE OTTAWA FONSECA, S.A.," and mailed to EAGLE OTTAWA FONSECA, S.A., c/o Martin F. Goldman, Esq., 10880 Wilshire Boulevard, Suite 2240, Los Angeles, California 90024-4123;

6.     This Judgment is the final judgment of the Court; and

1       7.    The Clerk is directed to enter the Judgment immediately.

3 Dated: _August 25, 2008            _____
                                                     Honorable R. Gary Klausner, Judge of
                                                     the United States District Court

Presented by:

BARTON, KLUGMAN & OETTING LLP

By _____/S/_____
      Robert Louis Fisher, APC
Attorneys for WELLS FARGO BANK, N.A.